FILED

2016 JUN -8  PM 4:09    UNDER SEAL

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>DARRELL CEDRIC DENT,<br>  aka "D,"<br>KEITH MARVEL WALTON,<br>  aka "Green Eyes,"<br>  aka "Keith Parker,"<br>  aka "Green,"<br>ROBERT WESLEY JOHNSON,<br>  aka "Bogart,"<br>  aka "Tiny Bogart,"<br>  aka "Tiny Bogie,"<br>STANLEY IRVIN FORD III,<br>  aka "Stan,"<br>  aka "Bald Head,"<br>JUSTIN MARQUES HENNING,<br>  aka "J-Stone,"<br>EVAN KWAN SCOTT,<br>  aka "Macc,"<br>  aka "Macc Attack,"<br>KENNETH PAUL,<br>  aka "Brownie,"<br>  aka "Brown Eyes,"<br>  aka "L.L.K.O,"<br>JAMESON LAFOREST,<br>  aka "Janky Bone,"<br>  aka "Jamerson,"<br>  aka "J-Bone," and | SA CR No. 16-029(A)-CJC<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. § 1951(a): Conspiracy to Interfere with Commerce by Robbery and Interference With Commerce By Robbery; 18 U.S.C. § 924(c)(1)(A)(ii), (iii): Possess, Use, Carry, Brandish, and Discharge a Firearm in Furtherance of, and During and in Relation to, a Crime of Violence; 18 U.S.C. § 2(a): Aiding and Abetting; 18 U.S.C. § 3147: Offense Committed While on Release] |

1  MARSHAWN MARSHALL,
2     aka "Pitbull,"

3              Defendants.

4

5       The Grand Jury charges:

6                              COUNT ONE

7                        [18 U.S.C. § 1951(a)]

8  A.    INTRODUCTORY ALLEGATIONS

9       At all times relevant to this Indictment:

10      1.    Rolex SA, a corporation headquartered in Geneva,

11 Switzerland, manufactured, distributed and serviced Rolex brand

12 watches through a network of authorized dealers, including jewelry

13 retailers and dedicated Rolex boutiques.

14      2.    Audemars Piguet, a corporation headquartered in Le Brassus,

15 Switzerland, manufactured and distributed Audemars Piguet brand

16 watches.

17      3.    TAG Heuer S.A., a corporation headquartered in La Chaux-de-

18 Fonds, Switzerland, manufactured and distributed TAG Heuer brand

19 watches.

20      4.    Ben Bridge Jeweler, a jewelry retail business and

21 authorized Rolex dealer headquartered in Seattle, Washington,

22 operated retail stores in eleven states and British Columbia, Canada.

23      5.    Westime, a jewelry retail business based in southern

24 California, distributed more than fifty brands of Swiss-manufactured

25 watches, including Audemars Piguet, Breitling, Franck Muller, Omega,

26 and Hublot.

27

28

B.   OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and continuing to on or about April 24, 2016, in Los Angeles, Orange, and Riverside Counties, within the Central District of California, and elsewhere, defendants DARRELL CEDRIC DENT, also known as ("aka") "D" ("DENT"), KEITH MARVEL WALTON, aka "Green Eyes," aka "Keith Parker," aka "Green" ("WALTON"), ROBERT WESLEY JOHNSON, aka "Bogart," aka "Tiny Bogart," aka "Tiny Bogie" ("JOHNSON"), STANLEY IRVIN FORD III, aka "Stan," aka "Bald Head" ("FORD"), JUSTIN MARQUES HENNING, aka "J-Stone" ("HENNING"), EVAN KWAN SCOTT, aka "Macc," aka "Macc Attack" ("SCOTT"), KENNETH PAUL, aka "Brownie," aka "Brown Eyes," aka "L.L.K.O." ("PAUL"), JAMESON LAFOREST, aka "Janky Bone," aka "Jamerson," aka "J-Bone" ("LAFOREST"), and MARSHAWN MARSHALL, aka "Pitbull" ("MARSHALL"), together with Dominic Anthony Calloway, aka "Bones" ("Calloway"), Devan Howard, aka "Snoop" ("Howard"), Mychael Anthony Craig, aka "Poncho" ("Craig"), Wilson Elima, aka "Junior Bogart" ("Elima"), Cornell Leroy Stephen, aka "Bully Bad Ass" ("Stephen"), Shane Lee Lewis, aka "Hang Out" ("Lewis"), Brandon Malik White ("White"), Vincent Edward Haynes ("Haynes"), and Mariah Marvette Smith ("Smith"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally interfere with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a).

C.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished, in substance, as follows:

3

1.    Defendants DENT, WALTON, and FORD would identify a jewelry store or watch boutique to be robbed, oftentimes based on its inventory of expensive watches, including watches manufactured by Rolex, Audemars Piguet, and TAG Heuer.

2.    Defendants DENT, WALTON, JOHNSON, FORD, HENNING, and PAUL would recruit co-conspirators to perform the robbery, including by promising large sums of money to young men who were financially desperate.

3.    Defendants DENT, FORD, SCOTT, LAFOREST, and other unindicted co-conspirators would visit the jewelry store or watch boutique to be robbed in order to identify the display cases holding the most expensive watches and to identify entry and exit routes to be used during the robbery.

4.    Defendants DENT, WALTON, and JOHNSON would provide equipment and disguises to be used during the robbery, including firearms, ski masks, gloves, hammers or sledgehammers, backpacks, dark clothing, construction uniforms, and stolen vehicles.

5.    Defendants DENT, WALTON, FORD, and HENNING would determine how the robbery would be conducted and would assign roles to each participant, including which, if any, participant would be armed, which participant(s) would smash glass display cases, and which participant(s) would remove watches from the smashed display cases.

6.    Defendants JOHNSON, FORD, and HENNING would travel with unindicted co-conspirators to the robbery location, typically in areas of Los Angeles, Orange, and Riverside Counties unfamiliar to the unindicted co-conspirators committing the robbery.

7.    Defendant SCOTT and other unindicted co-conspirators would carry, brandish, and discharge handguns and rifles during the

1   robbery, in order to intimidate and control employees, security

2   guards, and customers of the jewelry store or watch boutique.

3        8.    Defendant MARSHALL and other unindicted co-conspirators

4   would use hammers, sledgehammers, or other similar tools to smash

5   glass cases displaying expensive watches and jewelry, so that

6   unindicted co-conspirators could remove expensive watches and jewelry

7   from the smashed display cases.

8        9.    Defendant MARSHALL and other unindicted co-conspirators

9   would wait nearby the robbery location in a getaway vehicle,

10  typically stolen, and drive the unindicted co-conspirators to a

11  meeting point a short distance from the robbery.  At that meeting

12  point, unindicted co-conspirators would provide the stolen watches

13  and jewelry to defendant LAFOREST and other unindicted co-

14  conspirators, and sometimes abandon the stolen getaway vehicle to

15  avoid detection by law enforcement.

16       10.   Defendant DENT would sell watches and jewelry stolen during

17  the robbery to unindicted co-conspirators in return for cash

18  payments, a small portion of which DENT, HENNING, and others would

19  then pay to those who had committed the robbery, which oftentimes was

20  significantly less than what DENT, HENNING and others had initially

21  promised.

22  D.   OVERT ACTS

23       In furtherance of the conspiracy, and to accomplish the object

24  of the conspiracy, on or about the following dates, defendants DENT,

25  WALTON, JOHNSON, FORD, HENNING, SCOTT, PAUL, LAFOREST, and MARSHALL,

26  and others known and unknown to the Grand Jury, committed various

27  overt acts within the Central District of California, and elsewhere,

28  including, but not limited to, the following:

5

1        **1.   Defendants DENT, JOHNSON, and HENNING Recruit Calloway**

2        <u>Overt Act No. 1:</u>   In or around June 2015, using coded

3    language, defendant HENNING offered to introduce Calloway to

4    defendant JOHNSON for the purpose of committing robberies with

5    defendant JOHNSON.

6        <u>Overt Act No. 2:</u>   In or around June 2015, using coded

7    language, defendant JOHNSON offered to introduce Calloway to

8    defendant DENT because defendant DENT had robberies planned in which

9    defendants DENT and JOHNSON, and Calloway, could make money.

10       <u>Overt Act No. 3:</u>   In or around June 2015, at or around an

11   apartment building located at 8431 Crenshaw Drive, Inglewood,

12   California (the "Dent Inglewood Residence"), Calloway met with

13   defendants DENT, JOHNSON, and FORD.

14       **2.   Recorded Telephone Call Between Defendants DENT and WALTON**

15       <u>Overt Act No. 4:</u>   On or about July 5, 2015, using coded

16   language in a recorded telephone call, defendant DENT asked defendant

17   WALTON to vouch for defendant DENT to one of defendant WALTON's

18   criminal associates.

19       **3.   Robbery of Edward George Jewelers in Canoga Park**

20       <u>Overt Act No. 5:</u>   In or around July or August 2015, defendant

21   DENT and Calloway traveled to Edward George Jewelers, a jewelry

22   retailer located at 6600 Topanga Canyon Boulevard, Canoga Park,

23   California ("Edward George").

24       <u>Overt Act No. 6:</u>   In or around July or August 2015, in or

25   around Edward George, defendant DENT identified to Calloway the

26   display cases holding the watches Calloway should steal during the

27   robbery of Edward George.

28

1        <u>Overt Act No. 7:</u>    On or about August 3, 2015, defendant DENT

2    provided hammers and backpacks to Calloway and an unindicted co-

3    conspirator ("UCC-1") to use during the robbery of Edward George.

4        <u>Overt Act No. 8:</u>    On or about August 3, 2015, while Calloway

5    was armed with pepper spray, Calloway and UCC-1 entered Edward

6    George.

7        <u>Overt Act No. 9:</u>    On or about August 3, 2015, inside of Edward

8    George, Calloway assaulted an employee of Edward George with pepper

9    spray.

10       <u>Overt Act No. 10:</u>    On or about August 3, 2015, inside of Edward

11   George, Calloway and UCC-1 smashed glass cases displaying watches and

12   engagement rings.

13       <u>Overt Act No. 11:</u>    On or about August 3, 2015, inside of Edward

14   George, Calloway and UCC-1 stole watches and engagement rings worth

15   approximately $59,105.

16       <u>Overt Act No. 12:</u>    On or about August 3, 2015, in Los Angeles

17   County, after Calloway and UCC-1 provided stolen watches and

18   engagement rings to defendant DENT, defendant DENT met with an

19   unindicted co-conspirator ("UCC-2") to attempt to sell the stolen

20   watches and engagement rings.

21       **4.    Armed Robbery of a Civilian**

22       <u>Overt Act No. 13:</u>    In or around August 2015, defendant DENT

23   identified a civilian in a shopping mall who was wearing a Rolex

24   watch and instructed Calloway and an unindicted co-conspirator ("UCC-

25   3") to rob the civilian of his Rolex watch.

26       <u>Overt Act No. 14:</u>    In or around August 2015, after Calloway and

27   UCC-3 committed an armed robbery of a Rolex watch from a civilian,

28   defendant DENT sold the Rolex to UCC-2.

1      Overt Act No. 15:    In or around August 2015, defendant DENT

2  paid Calloway and UCC-3 $1,000 each for their participation in the

3  armed robbery.

4      5.   Armed Robbery of Rolex Boutique Geary's in Los Angeles

5      Overt Act No. 16:    In or around August 2015, at the Century

6  City Mall, located at 10250 Santa Monica Boulevard, Los Angeles,

7  California (the "Century City Mall"), defendant DENT showed defendant

8  MARSHALL and Calloway the escape route to use after defendant

9  MARSHALL, Calloway, and others committed an armed robbery of Rolex

10  Boutique Geary's, a Rolex boutique located in the Century City Mall

11  ("Rolex Boutique Los Angeles").

12      Overt Act No. 17:    On or about August 24, 2015, defendants

13  DENT, JOHNSON, FORD, and MARSHALL, and Calloway and others, met at a

14  park near Prairie Avenue in Inglewood, California.

15      Overt Act No. 18:    On or about August 24, 2015, at the entrance

16  of Rolex Boutique Los Angeles, an unindicted co-conspirator ("UCC-4")

17  fired one round from a rifle to intimidate a security guard who was

18  trying to prevent Calloway and UCC-4 from entering Rolex Boutique

19  Geary's.

20      Overt Act No. 19:    On or about August 24, 2015, inside of Rolex

21  Boutique Los Angeles, Calloway and UCC-4 used hammers to smash glass

22  cases containing Rolex watches.

23      Overt Act No. 20:    On or about August 24, 2015, inside of Rolex

24  Boutique Los Angeles, Calloway and UCC-4 removed forty Rolex watches,

25  with an approximate retail value of $1,633,250, from smashed display

26  cases.

27      Overt Act No. 21:    On or about August 24, 2015, in a Century

28  City Mall parking structure, defendant MARSHALL waited in a stolen

Toyota to drive Calloway and UCC-4 from the Century City Mall after the robbery was completed.

Overt Act No. 22:    On or about August 24, 2015, defendant DENT paid Calloway $1,000 for his participation in the armed robbery of Rolex Boutique Los Angeles.

6.    **Armed Robbery of Frederic H. Rubel Jewelers in Mission Viejo**

Overt Act No. 23:    On or about October 18, 2015, defendant DENT called Howard to discuss Howard's participation in a robbery.

Overt Act No. 24:    In or around October 2015, at or around the Dent Inglewood Residence, defendant DENT told Howard that one of the co-conspirators participating in the robbery would be armed.

Overt Act No. 25:    On or about October 21, 2015, defendants DENT, JOHNSON and MARSHALL, and Howard and others, met at or around Animo Inglewood Charter High School, located at 3425 West Manchester Boulevard, Inglewood, California ("Animo Charter School").

Overt Act No. 26:    On or about October 21, 2015, at or around Animo Charter School, defendant DENT provided to defendant MARSHALL, Howard, and others, hammers, masks, gloves, and backpacks to be used during the robbery.

Overt Act No. 27:    On or about October 21, 2015, at or around Animo Charter School, defendant JOHNSON provided a firearm to an unindicted co-conspirator ("UCC-5") to use during the robbery.

Overt Act No. 28:    On or about October 21, 2015, while wearing dark clothing and dark masks over their faces, defendant MARSHALL, Howard, UCC-5, and an unindicted co-conspirator ("UCC-6") entered Frederic H. Rubel Jewelers, a jewelry retailer located at 924 The Shops at Mission Viejo, Mission Viejo, California ("Rubel Jewelers").

Overt Act No. 29:    On or about October 21, 2015, inside of Rubel Jewelers, UCC-5 removed a firearm concealed on his person and pointed the firearm at employees and customers of Rubel Jewelers.

Overt Act No. 30:    On or about October 21, 2015, inside of Rubel Jewelers, defendant MARSHALL, Howard, and UCC-6 used hammers or similar tools to smash glass cases displaying Rolex watches and David Yurman jewelry.

Overt Act No. 31:    On or about October 21, 2015, inside of Rubel Jewelers, defendant MARSHALL, Howard, and UCC-6 removed forty Rolex watches and assorted David Yurman jewelry worth approximately $595,480 from smashed display cases, and placed the stolen watches and jewelry inside of black backpacks.

Overt Act No. 32:    On or about October 21, 2015, defendant MARSHALL, Howard, UCC-5, and UCC-6 fled to a stolen Chevrolet Tahoe driven by an unindicted co-conspirator ("UCC-7").

Overt Act No. 33:    On or about October 24, 2015, in Inglewood, California, defendant DENT paid Howard $750 for Howard's participation in the armed robbery of Rubel Jewelers.

7.    **Attempted Robbery of Ben Bridge Jeweler in Santa Monica**

Overt Act No. 34:    On or about January 2, 2016, at approximately 12:54 p.m., defendant FORD called defendant DENT regarding a robbery.

Overt Act No. 35:    On or about January 2, 2016, at approximately 12:58 p.m., defendant DENT called defendant FORD regarding a robbery.

Overt Act No. 36:    On or about January 2, 2016, at approximately 1:01 p.m., defendant FORD called defendant DENT regarding a robbery.

1     <u>Overt Act No. 37:</u>    On or about January 2, 2016, at

2  approximately 1:55 p.m., three unindicted co-conspirators ("UCC-8,"

3  "UCC-9," and "UCC-10") entered Ben Bridge Jeweler, a jewelry retailer

4  located at 395 Santa Monica Boulevard, Space 132, Santa Monica,

5  California ("Ben Bridge Santa Monica").

6     <u>Overt Act No. 38:</u>    On or about January 2, 2016, inside of Ben

7  Bridge Santa Monica, UCC-8 and UCC-9 used hammers to attempt to smash

8  glass cases displaying TAG Heuer watches, while UCC-10 stood nearby

9  holding a bag.

10    <u>Overt Act No. 39:</u>    On or about January 2, 2016, when UCC-8 and

11  UCC-9 were unable to smash glass display cases, UCC-8, UCC-9, and

12  UCC-10 fled from Ben Bridge Santa Monica.

13    **8.    Armed Robbery of Manya Jewelry in Woodland Hills**

14    <u>Overt Act No. 40:</u>    On or about January 22, 2016, in Los Angeles

15  County, defendants JOHNSON and FORD met with Lewis and an unindicted

16  co-conspirator ("UCC-11").

17    <u>Overt Act No. 41:</u>    On or about January 22, 2016, defendant

18  JOHNSON provided a firearm to UCC-11.

19    <u>Overt Act No. 42:</u>    On or about January 22, 2016, defendant

20  JOHNSON provided a hammer and backpack to Lewis.

21    <u>Overt Act No. 43:</u>    On or about January 22, 2016, defendant FORD

22  drove Lewis and UCC-11 to Manya Jewelry, a jewelry retailer located

23  at 6320 Topanga Canyon Boulevard, Woodland Hills, California ("Manya

24  Jewelry").

25    <u>Overt Act No. 44:</u>    On or about January 22, 2016, near Manya

26  Jewelry, UCC-11 notified FORD that Lewis left the backpack in

27  defendant FORD's dark blue Hyundai Sonata (the "Hyundai").

28

Overt Act No. 45:    On or about January 22, 2016, defendant FORD drove past Manya Jewelry and threw a backpack out of the window of the Hyundai for Lewis to retrieve.

Overt Act No. 46:    On or about January 22, 2016, Lewis and UCC-11 entered Manya Jewelry.

Overt Act No. 47:    On or about January 22, 2016, inside Manya Jewelry, UCC-11 brandished a firearm to intimidate and control employees and customers of Manya Jewelry.

Overt Act No. 48:    On or about January 22, 2016, inside of Manya Jewelry, Lewis smashed glass cases displaying watches, rings, earrings, and bracelets.

Overt Act No. 49:    On or about January 22, 2016, inside of Manya Jewelry, Lewis and UCC-11 stole three Rolex watches, one Omega watch, one Tissot watch, one Longines watch, and assorted jewelry, with a collective estimated retail value of $192,410.

Overt Act No. 50:    On or about January 22, 2016, defendant FORD drove Lewis and UCC-11 to a residence in Los Angeles County to await payment for Lewis's and UCC-11's participation in the armed robbery of Manya Jewelry.

Overt Act No. 51:    On or about January 22, 2016, in Los Angeles County, defendant HENNING paid Lewis $500 for his participation in the armed robbery of Manya Jewelry.

9.    Robbery of Ben Bridge Jeweler in Thousand Oaks

Overt Act No. 52:    On or about February 7, 2016, two unindicted co-conspirators ("UCC-12" and "UCC-13") entered Ben Bridge Jeweler, a jewelry retailer located at 450 West Hillcrest Drive, Thousand Oaks, California ("Ben Bridge Thousand Oaks"), within The Oaks mall, wearing dark clothing, masks, and gloves, and carrying backpacks.

1       <u>Overt Act No. 53:</u>   On or about February 7, 2016, inside of Ben

2   Bridge Thousand Oaks, UCC-12 used a hammer to smash the back of a

3   display case, exposing the Rolex watches inside.

4       <u>Overt Act No. 54:</u>   On or about February 7, 2016, inside of Ben

5   Bridge Thousand Oaks, UCC-12 and UCC-13 removed from the smashed

6   display case thirty-five Rolex watches with an estimated retail value

7   of $298,500, and placed those watches in backpacks.

8       <u>Overt Act No. 55:</u>   On or about February 7, 2016, UCC-12 and

9   UCC-13 fled to a GMC Yukon parked outside of The Oaks mall, driven by

10  an unindicted co-conspirator ("UCC-14").

11      **10.   Armed Robbery of Westime in West Hollywood**

12      <u>Overt Act No. 56:</u>   On or about February 15, 2016, defendant

13  HENNING invited Craig and an unindicted co-conspirator ("UCC-15") to

14  participate in a robbery.

15      <u>Overt Act No. 57:</u>   On or about February 16, 2016, defendant

16  HENNING, with defendant SCOTT already in the vehicle, picked up Craig

17  and UCC-15.

18      <u>Overt Act No. 58:</u>   On or about February 16, 2016, defendants

19  HENNING and JOHNSON met with defendant SCOTT, Craig, and UCC-15 to

20  discuss how defendant SCOTT, Craig and UCC-15 would rob Westime, a

21  jewelry retailer located at 8569 West Sunset Boulevard, West

22  Hollywood, California ("Westime West Hollywood").

23      <u>Overt Act No. 59:</u>   On or about February 16, 2016, defendant

24  HENNING instructed defendant SCOTT, Craig, and UCC-15 to steal

25  Audemars Piguet watches during the Westime West Hollywood robbery.

26      <u>Overt Act No. 60:</u>   On or about February 16, 2016, defendant

27  JOHNSON provided to defendant SCOTT, Craig, and UCC-15 a hammer,

28  backpacks, and construction uniforms.

1        Overt Act No. 61:   On or about February 16, 2016, defendant
2    HENNING drove defendant SCOTT, Craig, and UCC-15 to the area of
3    Westime West Hollywood.

4        Overt Act No. 62:   On or about February 16, 2016, defendant
5    SCOTT, Craig, and UCC-15 attempted to enter Westime West Hollywood,
6    but Westime West Hollywood had closed.

7        Overt Act No. 63:   On or about February 16, 2016, in Inglewood,
8    California, defendant HENNING rented a motel room for defendant
9    SCOTT, Craig, and UCC-15.

10       Overt Act No. 64:   On or about February 17, 2016, at or around
11   Animo Charter School, defendant JOHNSON provided a stolen Chevrolet
12   Tahoe to defendant SCOTT, Craig, and UCC-15 to use during the armed
13   robbery of Westime West Hollywood.

14       Overt Act No. 65:   On or about February 17, 2016, while riding
15   a red motorcycle, defendant JOHNSON led defendant SCOTT, Craig, and
16   UCC-15 to Westime West Hollywood.

17       Overt Act No. 66:   On or about February 17, 2016, at
18   approximately 11:37 a.m., defendant WALTON called defendant DENT.

19       Overt Act No. 67:   On or about February 17, 2016, at
20   approximately 12:00 p.m., while disguised as construction workers,
21   defendant SCOTT, Craig, and UCC-15 entered Westime West Hollywood.

22       Overt Act No. 68:   On or about February 17, 2016, inside of
23   Westime West Hollywood, defendant SCOTT removed a firearm concealed
24   on his person, pointed it at a security guard, and instructed the
25   security guard to lay prone on the ground.

26       Overt Act No. 69:   On or about February 17, 2016, inside of
27   Westime West Hollywood, defendant SCOTT stole a firearm from the
28   person of the security guard inside of Westime West Hollywood.

Overt Act No. 70:    On or about February 17, 2016, inside of Westime West Hollywood, defendant SCOTT pointed at employees of Westime West Hollywood both the firearm that had been provided by defendant JOHNSON and the firearm that defendant SCOTT had stolen from the security guard.

Overt Act No. 71:    On or about February 17, 2016, inside of Westime West Hollywood, Craig and UCC-15 smashed glass cases displaying Audemars Piguet watches, and removed approximately eighteen Audemars Piguet watches worth an estimated $576,200.

Overt Act No. 72:    On or about February 17, 2016, defendant SCOTT, Craig, and UCC-15 fled from the area of Westime West Hollywood in the stolen Chevrolet Tahoe provided to them by defendant JOHNSON.

**11.  Armed Robbery of Ben Bridge Jeweler in Torrance**

Overt Act No. 73:    On or about February 25, 2016, defendants LAFOREST and SCOTT, and Elima, Lewis, and other unindicted co-conspirators surveilled Ben Bridge Jeweler, a jewelry retailer located at 21540 Hawthorne Boulevard, Space 417B, Torrance, California ("Ben Bridge Torrance"), within the Del Amo Fashion Center, to prepare for a future robbery of Ben Bridge Torrance.

Overt Act No. 74:    On or about February 26, 2016, defendants FORD and SCOTT, and Elima, Stephen, and Lewis traveled to the Del Amo Fashion Center for the purpose of committing an armed robbery of Ben Bridge Torrance.

Overt Act No. 75:    On or about February 29, 2016, defendants JOHNSON, SCOTT, and LAFOREST, and Elima, Stephen, Lewis, and others met at or around Animo Charter School.

Overt Act No. 76:    On or about February 29, 2016, at or around Animo Charter School, defendant JOHNSON provided a handgun to defendant SCOTT to use during the robbery.

Overt Act No. 77:    On or about February 29, 2016, at approximately 10:16 a.m., defendant LAFOREST called defendant DENT regarding the robbery.

Overt Act No. 78:    On or about February 29, 2016, at approximately 10:36 a.m., defendant SCOTT, Stephen, and Lewis entered Ben Bridge Torrance.

Overt Act No. 79:    On or about February 29, 2016, inside of Ben Bridge Torrance, defendant SCOTT removed a handgun concealed in his waistband.

Overt Act No. 80:    On or about February 29, 2016, inside of Ben Bridge Torrance, defendant SCOTT pointed a handgun at a security guard, grabbed the security guard by the collar, and instructed the security guard to go to the back of Ben Bridge.

Overt Act No. 81:    On or about February 29, 2016, inside of Ben Bridge Torrance, defendant SCOTT struck the security guard's forehead with the barrel of defendant SCOTT's handgun.

Overt Act No. 82:    On or about February 29, 2016, inside of Ben Bridge Torrance, Stephen and Lewis smashed glass cases displaying Rolex watches, removed thirty Rolex watches and one bracelet worth approximately $456,325, and placed the stolen Rolex watches inside of black backpacks.

Overt Act No. 83:    On or about February 29, 2016, defendant SCOTT, Stephen, and Lewis entered a 2003 Infiniti G35 sedan driven by Elima.

Overt Act No. 84:    On or about February 29, 2016, after defendant SCOTT, Stephen, and Lewis had completed the armed robbery of Ben Bridge Torrance, Elima drove defendant SCOTT, Stephen, and Lewis to a nearby parking lot, where Lewis provided the stolen Rolex watches to defendant LAFOREST.

Overt Act No. 85:    On or about March 1, 2016, using coded language in a recorded telephone call, defendant LAFOREST asked Elima whether law enforcement was aware of the involvement of a red BMW defendant LAFOREST had driven in connection with the armed robbery of Ben Bridge Torrance.

Overt Act No. 86:    On or about March 1, 2016, using coded language in a recorded telephone call, Elima told defendant LAFOREST that law enforcement did not know about the armed co-conspirator, defendant SCOTT.

Overt Act No. 87:    On or about March 1, 2016, defendant FORD picked up defendant SCOTT from a residence located at 4532 Wesley Avenue, Los Angeles, California and fled from law enforcement attempting to conduct a traffic stop.

12.  **Planning Activity of DENT and FORD**

Overt Act No. 88:    On or about March 1, 2016, defendants DENT and FORD, and an unindicted co-conspirator ("UCC-16"), met at South Coast Plaza, 3333 Bristol Street, Costa Mesa, California.

13.  **Armed Robbery of Ben Bridge Jeweler in Canoga Park**

Overt Act No. 89:    On or about March 9, 2016, four unindicted co-conspirators ("UCC-17," "UCC-18," "UCC-19," and "UCC-20") entered Ben Bridge Jeweler, a jewelry retailer located at 6600 Topanga Canyon Boulevard, Canoga Park, California ("Ben Bridge Canoga Park"), within the Topanga Mall.

Overt Act No. 90:    On or about March 9, 2016, inside of Ben Bridge Canoga Park, UCC-17 brandished a firearm to intimidate and control a security guard and Ben Bridge employees.

Overt Act No. 91:    On or about March 9, 2016, inside of Ben Bridge Canoga Park, UCC-18 and UCC-19 used hammers to smash a glass case displaying Rolex watches.

Overt Act No. 92:    On or about March 9, 2016, inside of Ben Bridge Canoga Park, UCC-18, UCC-19, and UCC-20 removed from the smashed display case thirty-six Rolex watches with an estimated value of $662,650.

Overt Act No. 93:    On or about March 9, 2016, inside of the Topanga Mall, UCC-17 told an unarmed Topanga Mall security guard, "Don't do anything stupid or I'll kill you."

**14.  Planning Activity of DENT, WALTON, and FORD**

Overt Act No. 94:    On or about March 16, 2016, defendants DENT and FORD met at Paco's Tacos, located at 4141 South Centinela Avenue, Los Angeles, California, to discuss a robbery.

Overt Act No. 95:    On or about March 16, 2016, defendant DENT entered a business across the street from Rolex Boutique Geary's, a Rolex boutique located at 360 North Rodeo Drive, Beverly Hills ("Rolex Boutique Beverly Hills"), California, to determine whether Rolex Boutique Beverly Hills was a suitable target for a robbery.

Overt Act No. 96:    On or about March 16, 2016, defendant WALTON parked outside of the Dent Inglewood Residence, and entered a unit in the Dent Inglewood Residence to discuss a robbery.

Overt Act No. 97:    On or about March 21, 2016, in the parking lot of Home Depot, located at 8801 South La Cienega Boulevard,

1  Inglewood, California, defendant DENT entered a Mercedes Benz sedan

2  driven by defendant WALTON to discuss a robbery.

3  **15.  Robbery of Westime in Malibu**

4  <u>Overt Act No. 98:</u>   On or about March 22, 2016, in a white Kia

5  Soul, defendant SCOTT and four unindicted co-conspirators ("UCC-21,"

6  "UCC-22," "UCC-23," and "UCC-24") drove to Westime, a jewelry

7  retailer located at 3832 Cross Creek Road, Malibu, California

8  ("Westime Malibu").

9  <u>Overt Act No. 99:</u>   On or about March 22, 2016, inside of

10  Westime Malibu, defendant SCOTT assaulted an employee of Westime

11  Malibu with pepper spray.

12  <u>Overt Act No. 100:</u>   On or about March 22, 2016, inside of

13  Westime Malibu, UCC-21 and UCC-22 used hammers to smash glass cases

14  displaying expensive watches.

15  <u>Overt Act No. 101:</u>   On or about March 22, 2016, inside of

16  Westime Malibu, UCC-22 and UCC-23 removed from smashed display cases

17  sixty-six watches manufactured by Audemars Piguet, Breitling, Franck

18  Muller, Omega, and Hublot, with a collective estimated retail value

19  of $1,421,585, and placed them in backpacks.

20  <u>Overt Act No. 102:</u>   On or about March 22, 2016, defendant SCOTT,

21  UCC-21, UCC-22, and UCC-23 fled to the white Kia Soul driven by UCC-

22  23.

23  <u>Overt Act No. 103:</u>   On or about March 22, 2016, defendant SCOTT

24  discarded clothing worn during the robbery at Arthur E. Wright Middle

25  School, located at 4029 North Las Virgenes Road, Calabasas,

26  California.

1    **16.   Telephone Call Between Defendants WALTON and LAFOREST**

2    Overt Act No. 104:  On or about April 16, 2016, using coded

3    language in a recorded telephone call, defendant LAFOREST asked

4    defendant WALTON about defendant SCOTT.

5    **17.   Planning Activity of DENT, WALTON, JOHNSON, and FORD**

6    Overt Act No. 105:  On or about April 20, 2016, defendant WALTON

7    met with defendant JOHNSON at defendant JOHNSON's residence, located

8    at 3000 West 80th Street, Inglewood, California (the "Johnson

9    Residence") to discuss a robbery.

10   Overt Act No. 106:  On or about April 22, 2016, defendant DENT

11   met with defendant WALTON at the Walton Residence to discuss a

12   robbery.

13   Overt Act No. 107:  On or about April 22, 2016, defendants DENT

14   and WALTON met with defendant JOHNSON at the Johnson Residence to

15   discuss a robbery.

16   **18.   Robbery of Ben Bridge Santa Monica**

17   Overt Act No. 108:  On or about April 24, 2016, defendants DENT,

18   WALTON, and JOHNSON met at the Johnson Residence.

19   Overt Act No. 109:  On or about April 24, 2016, defendant PAUL

20   picked up White from White's residence.

21   Overt Act No. 110:  On or about April 24, 2016, defendant PAUL

22   picked up Haynes from Haynes' residence.

23   Overt Act No. 111:  On or about April 24, 2016, at or around

24   3207 West 78th Place, Los Angeles, California (the "Paul Residence"),

25   defendant PAUL met with White, Haynes, and Smith.

26   Overt Act No. 112:  On or about April 24, 2016, at or around the

27   Paul Residence, defendants DENT and WALTON instructed defendant PAUL,

28

White, Haynes, and Smith to travel to Queen Park, located in Inglewood, California ("Queen Park"), to discuss the robbery.

Overt Act No. 113:   On or about April 24, 2016, in or around Queen Park, defendants DENT, WALTON, and PAUL met with White, Haynes, and Smith.

Overt Act No. 114:   On or about April 24, 2016, in or around Queen Park, defendant WALTON removed hammers and backpacks from defendant DENT's pick-up truck, and moved them to a Chevrolet Tahoe.

Overt Act No. 115:   On or about April 24, 2016, in or around Queen Park, defendant WALTON instructed White, Haynes, and Smith about how to commit the robbery.

Overt Act No. 116:   On or about April 24, 2016, in or around Queen Park, defendant WALTON told White that defendant FORD would be waiting in the area of the robbery.

Overt Act No. 117:   On or about April 24, 2016, defendant FORD called Smith to inquire as to where Smith and White were in relation to the location of Ben Bridge Santa Monica.

Overt Act No. 118:   On or about April 24, 2016, near Ben Bridge Santa Monica, defendant FORD met with White to provide instructions for the robbery of Ben Bridge Santa Monica.

Overt Act No. 119:   On or about April 24, 2016, while wearing dark sweatshirts, dark sweatpants, and dark masks over their faces, White and Haynes entered Ben Bridge Santa Monica.

Overt Act No. 120:   On or about April 24, 2016, inside of Ben Bridge Santa Monica, White and Haynes used hammers to smash glass display cases and removed approximately twenty-four TAG Heuer watches with an estimated value of $67,300.

1    <u>Overt Act No. 121:</u>  On or about April 24, 2016, Smith drove

2    White and Haynes away from Ben Bridge Santa Monica.

COUNT TWO

[18 U.S.C. §§ 1951(a), 2(a)]

On or about August 24, 2015, in Los Angeles County, within the Central District of California, defendants DARRELL CEDRIC DENT, also known as ("aka") "D" ("DENT"), ROBERT WESLEY JOHNSON, aka "Bogart," aka "Tiny Bogart," aka "Tiny Bogie" ("JOHNSON"), STANLEY IRVIN FORD III, aka "Stan," aka "Bald Head" ("FORD"), JUSTIN MARQUES HENNING, aka "J-Stone" ("HENNING"), and MARSHAWN MARSHALL, aka "Pitbull" ("MARSHALL"), and others known and unknown to the Grand Jury, each aiding and abetting the other, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by robbery, in that defendants DENT, JOHNSON, FORD, HENNING, and MARSHALL, and others known and unknown to the Grand Jury, unlawfully took and obtained property consisting of forty Rolex watches, with an approximate retail value of $1,633,250, belonging to Rolex Boutique Geary's, located at 10250 Santa Monica Boulevard, Los Angeles, California ("Rolex Boutique Los Angeles"), a jewelry retail business, the inventory of which travels in interstate and foreign commerce, in the presence of employees of Rolex Boutique Los Angeles, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

COUNT THREE

[18 U.S.C. §§ 924(c)(1)(A)(iii), 2(a)]

On or about August 24, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendants DARRELL CEDRIC DENT, also known as ("aka") "D," ROBERT WESLEY JOHNSON, aka "Bogart," aka "Tiny Bogart," aka "Tiny Bogie," STANLEY IRVIN FORD III, aka "Stan," aka "Bald Head," and MARSHAWN MARSHALL, aka "Pitbull," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly used and carried a firearm during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, interference with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of this Indictment, and, in so doing, discharged that firearm.

COUNT FOUR

[18 U.S.C. §§ 1951(a), 2(a)]

On or about October 21, 2015, in Orange County, within the Central District of California, defendants DARRELL CEDRIC DENT, also known as ("aka") "D" ("DENT"), ROBERT WESLEY JOHNSON, aka "Bogart," aka "Tiny Bogart," aka "Tiny Bogie" ("JOHNSON"), and MARSHAWN MARSHALL, aka "Pitbull," and others known and unknown to the Grand Jury, each aiding and abetting the other, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by robbery, in that defendants DENT, JOHNSON, and MARSHALL and others known and unknown to the Grand Jury, unlawfully took and obtained property consisting of thirty Rolex watches and assorted David Yurman jewelry, with an approximate retail value of $595,480, belonging to Frederic H. Rubel Jewelers, located at 924 The Shops at Mission Viejo, Mission Viejo, California ("Rubel Jewelers"), a jewelry retail business, the inventory of which travels in interstate and foreign commerce, in the presence of employees and customers of Rubel Jewelers, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

COUNT FIVE

[18 U.S.C. §§ 924(c)(1)(A)(ii), 2(a)]

On or about October 21, 2015, in Orange County, within the Central District of California, and elsewhere, defendants DARRELL CEDRIC DENT, also known as ("aka") "D," ROBERT WESLEY JOHNSON, aka "Bogart," aka "Tiny Bogart," aka "Tiny Bogie," and MARSHAWN MARSHALL, aka "Pitbull," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly used and carried a firearm during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, interference with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Four of this Indictment, and, in so doing, brandished that firearm.

COUNT SIX

[18 U.S.C. §§ 1951(a), 2(a)]

On or about January 22, 2016, in Los Angeles County, within the Central District of California, defendants ROBERT WESLEY JOHNSON, aka "Bogart," aka "Tiny Bogart," aka "Tiny Bogie" ("JOHNSON"), STANLEY IRVIN FORD III, aka "Stan," aka "Bald Head" ("FORD"), and JUSTIN MARQUES HENNING, aka "J-Stone" ("HENNING"), and others known and unknown to the Grand Jury, each aiding and abetting the other, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by robbery, in that defendants JOHNSON, FORD, and HENNING, and others known and unknown to the Grand Jury, unlawfully took and obtained property consisting of Rolex, Omega, Tissot, and Longines watches and assorted jewelry, with an approximate retail value of $192,410, belonging to Manya Jewelry, located at 6320 Topanga Canyon Boulevard, Woodland Hills, California ("Manya Jewelry"), a jewelry retail business, the inventory of which travels in interstate and foreign commerce, in the presence of employees and customers of Manya Jewelry, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

COUNT SEVEN

[18 U.S.C. §§ 924(c)(1)(A)(ii), 2(a)]

On or about January 22, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendants ROBERT WESLEY JOHNSON, aka "Bogart," aka "Tiny Bogart," aka "Tiny Bogie," and STANLEY IRVIN FORD III, aka "Stan," aka "Bald Head," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly used and carried a firearm during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, interference with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Six of this Indictment, and, in so doing, brandished that firearm.

COUNT EIGHT

[18 U.S.C. §§ 1951(a), 2(a)]

On or about February 17, 2016, in Los Angeles County, within the Central District of California, defendants ROBERT WESLEY JOHNSON, aka "Bogart," aka "Tiny Bogart," aka "Tiny Bogie" ("JOHNSON"), STANLEY IRVIN FORD III, aka "Stan," aka "Bald Head" ("FORD"), JUSTIN MARQUES HENNING, aka "J-Stone" ("HENNING"), and EVAN KWAN SCOTT, aka "Macc," aka "Macc Attack" ("SCOTT"), and others known and unknown to the Grand Jury, each aiding and abetting the other, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by robbery, in that defendants JOHNSON, FORD, HENNING, and SCOTT, and others known and unknown to the Grand Jury, unlawfully took and obtained property consisting of approximately eighteen Audemars Piguet watches, with an approximate retail value of $576,200, belonging to Westime, located at 8569 West Sunset Boulevard, West Hollywood, California ("Westime West Hollywood"), a jewelry retail business, the inventory of which travels in interstate commerce, in the presence of employees of Westime West Hollywood, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

COUNT NINE

[18 U.S.C. §§ 924(c)(1)(A)(ii), 2(a)]

On or about February 17, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendants ROBERT WESLEY JOHNSON, aka "Bogart," aka "Tiny Bogart," aka "Tiny Bogie," JUSTIN MARQUES HENNING, aka "J-Stone," and EVAN KWAN SCOTT, aka "Macc," aka "Macc Attack," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly used and carried firearms during and in relation to, and possessed those firearms in furtherance of, a crime of violence, namely, interference with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Eight of this Indictment, and, in so doing, brandished that firearm.

COUNT TEN

[18 U.S.C. §§ 1951(a), 2(a)]

On or about February 29, 2016, in Los Angeles County, within the Central District of California, defendants ROBERT WESLEY JOHNSON, aka "Bogart," aka "Tiny Bogart," aka "Tiny Bogie" ("JOHNSON"), STANLEY IRVIN FORD III, aka "Stan," aka "Bald Head" ("FORD"), EVAN KWAN SCOTT, aka "Macc," aka "Macc Attack" ("SCOTT"), and JAMESON LAFOREST, aka "Janky Bone," aka "Jamerson," aka "J-Bone" ("LAFOREST"), and others known and unknown to the Grand Jury, each aiding and abetting the other, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by robbery, in that defendants JOHNSON, FORD, SCOTT, and LAFOREST, and others known and unknown to the Grand Jury, unlawfully took and obtained property consisting of thirty Rolex watches and one bracelet, with an approximate retail value of $456,325, belonging to Ben Bridge Jeweler, located at 21540 Hawthorne Boulevard, Space 417B, Torrance, California ("Ben Bridge Torrance"), a jewelry retail business, the inventory of which travels in interstate commerce, in the presence of employees of Ben Bridge Torrance, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

COUNT ELEVEN

[18 U.S.C. §§ 924(c)(1)(A)(ii), 2(a)]

On or about February 29, 2016, in Orange County, within the Central District of California, and elsewhere, defendants ROBERT WESLEY JOHNSON, aka "Bogart," aka "Tiny Bogart," aka "Tiny Bogie," STANLEY IRVIN FORD III, aka "Stan," aka "Bald Head," EVAN KWAN SCOTT, aka "Macc," aka "Macc Attack," and JAMESON LAFOREST, aka "Janky Bone," aka "Jamerson," aka "J-Bone," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly used and carried a firearm during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, interference with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Ten of this Indictment, and, in so doing, brandished that firearm.

COUNT TWELVE

[18 U.S.C. §§ 1951(a), 2(a)]

On or about March 22, 2016, in Los Angeles County, within the Central District of California, defendant EVAN KWAN SCOTT, aka "Macc," aka "Macc Attack" ("SCOTT"), and others known and unknown to the Grand Jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by robbery, in that defendant SCOTT, and others known and unknown to the Grand Jury, unlawfully took and obtained property consisting of sixty-six Audemars Piguet, Breitling, Franck Muller, Omega, and Hublot watches, with an approximate retail value of $1,421,585, belonging to Westime, located at 3823 Cross Creek Road, Malibu, California ("Westime Malibu"), a jewelry retail business, the inventory of which travels in interstate commerce, in the presence of employees of Westime Malibu, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

COUNT THIRTEEN

[18 U.S.C. §§ 1951(a), 2(a)]

On or about April 24, 2016, in Los Angeles County, within the Central District of California, defendants DARRELL CEDRIC DENT, also known as ("aka") "D" ("DENT"), KEITH MARVEL WALTON, aka "Green Eyes," aka "Keith Parker," aka "Green" ("WALTON"), ROBERT WESLEY JOHNSON, aka "Bogart," aka "Tiny Bogart," aka "Tiny Bogie" ("JOHNSON"), STANLEY IRVIN FORD III, aka "Stan," aka "Bald Head" ("FORD"), and KENNETH PAUL, aka "Brownie," aka "Brown Eyes," aka "L.L.K.O." ("PAUL"), and others known and unknown to the Grand Jury, each aiding and abetting the other, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by robbery, in that defendants DENT, WALTON, JOHNSON, FORD, and PAUL, and others known and unknown to the Grand Jury, unlawfully took and obtained property consisting of approximately twenty-four TAG Heuer watches, with an approximate retail value of $67,300, belonging to Ben Bridge Jeweler, located at 395 Santa Monica Place, #132, Santa Monica, California ("Ben Bridge Santa Monica"), a jewelry retail business, the inventory of which travels in interstate commerce, in the presence of employees of Ben Bridge Santa Monica, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

ADDITIONAL SENTENCING ALLEGATION

[18 U.S.C. § 3147]

At the times of the offenses charged in Counts One and Thirteen of this Indictment, defendant KEITH MARVEL WALTON, also known as ("aka") "Green Eyes," aka "Keith Parker," aka "Green," was released under Title 18, United States Code, Chapter 207, in the criminal case of <u>United States v. Keith Marvel Walton</u>, No. CR 15-347-JFW, in the United States District Court for the Central District of California.

A TRUE BILL

_____
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JOSEPH T. MCNALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
Office

SCOTT D. TENLEY
Assistant United States Attorney
Santa Ana Branch Office

JEFFREY M. CHEMERINSKY
Assistant United States Attorney
Violent & Organized Crime Section

35