UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | SACR 16-00029(C)-CJC-7 | Date | January 19, 2021 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Cheryl Wynn | Debbie Hino-Spaan | Scott Tenley |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Justin Marques Henning | X | | X | James R. Tedford II, CJA | X | X | |

**PROCEEDINGS:** **HEARING ON DEFENDANT'S MOTION TO DISMISS INDICTMENT (DKT. 1689)**

In light of the Court re-implementing the Continuity of Operations Plan (COOP), and Chief Judge Philip S. Gutierrez, and the Executive Committee's denial of this Court's request for an in-person hearing, the hearing on Defendant's Motion to Dismiss Indictment is conducted by Zoom. Recording or re-broadcasting of the proceeding is strictly prohibited.

Prior to the hearing, the Court's Order issued (Dkt. 1692). Court hears from counsel and Mr. Henning. Government presents an oral motion under 18 U.S.C. Section 3143(c) that Mr. Henning remain on bond during the pendency of an anticipated appeal, under the same conditions of supervision; the motion is DENIED. **Bond exonerated.**

00 : 16

Initials of Deputy Clerk   cw

**Cc: USP&PSO**