# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SACR 16-00029(C)-CJC-7 | Date: January 19, 2021 |

Present: The Honorable **CORMAC J. CARNEY, U.S. DISTRICT COURT JUDGE**

Interpreter: None

| Cheryl Wynn | None | Scott Tenley – Not Present<br>Jeffrey Chemerinsky – Not Present<br>Julia Reese – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Justin M. Henning | Not | | X | James R. Tedford | Not | | X |

**PROCEEDINGS:** **(IN CHAMBERS) NOTICE REGARDING RELATED ORDER DISMISSING CRIMINAL CHARGES FOR VIOLATION OF SIXTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND SPEEDY TRIAL ACT**

Today, the Court issued an order dismissing the indictment in this case (Dkt. 1692) for substantially similar reasons as the Court dismissed the criminal charges in another case. *See United States v. Jeffrey Olsen*, Case. No. 8:17-cr-00076-CJC, Dkt. 98 (Oct. 14, 2020). The government appealed this Court's order dismissing the indictment in *Olsen*, and after the Ninth Circuit granted a request for expedited calendaring, oral argument is set for March 18, 2021. (*See Olsen* Dkt. 112.) If the government intends to appeal the Court's order in this case, it would seem prudent to the Court that the *Henning* appeal proceed as joint or consolidated appeal with the *Olsen* appeal, in order to avoid duplicative efforts by both the parties and the court.

-- : --

Initials of Deputy Clerk   cw