UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

            v.

JUSTIN MARQUES HENNING,
  aka "J-Stone,"

        Defendant.

No. CR 16-00029-DOC-7

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    TO:  The Warden, Sheriff or Jailor of the Men's Central Jail, in the City of Los Angeles, State of California, and to any United States Marshal.

    WE COMMAND that you produce and deliver the body of defendant JUSTIN MARQUES HENNING, also known as "J-Stone," "defendant," who is now in your custody, before the Honorable United States District Judge David O. Carter, Courtroom 10A, Ronald Reagan Federal Building

and United States Courthouse, 411 West 4th Street, Santa Ana, California, on April 13, 2026, at 1:30 p.m., in order that defendant may then and there be sentenced at said time and place, and also at such other times as may be ordered by the Court.

The delivery of the body of defendant to the courtroom of the aforementioned United States District Court and the return by you of defendant to your custody shall be deemed sufficient compliance with this writ.

DATE: March 18, 2026

CLERK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BY: /s/ Karlen Dubon
DEPUTY CLERK



2